B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Western District of Kentucky
Case No. **08–11418**
**Chapter 7**

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Chad E Hyde                                   Swan S. Hyde
366 Thomason Rd                               366 Thomason Rd
Russellville, KY 42276                        Russellville, KY 42276

Social Security / Individual Taxpayer ID No.:
xxx–xx–8334                                   xxx–xx–5799

Employer Tax ID / Other No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 1/7/09                                 Joan A. Lloyd
                                              United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0644-1          User: admin              Page 1 of 1              Date Rcvd: Jan 07, 2009
Case: 08-11418                Form ID: 213             Total Served: 21
```

The following entities were served by first class mail on Jan 09, 2009.
```
db           +Chad E Hyde,    366 Thomason Rd,    Russellville, KY 42276-8468
jdb          +Swan S. Hyde,   366 Thomason Rd,    Russellville, KY 42276-8468
smg           Division of Unemployment Insurance,   CHR Building, Second Floor East,    Frankfort, Ky   40601
3774282      +Buckmasters,    2269 S. Saw Mill River Road Bldg 3,    Elmsford, NY 10523-3848
3774283      +CAP One,    PO Box 30281,    Salt Lake City, UT 84130-0281
3774284       CBUSA/Sears,    PO Box 6282,    Sioux Falls, SD 57117-6282
3774285       Friedmans Jewelers,    PO Box 8025,    Savannah, GA 31412-8025
3774287      +Heights Finance,    1128 West 9th Street,    Russellville, KY 42276-9799
3774289      +Kenesaw Leasing,    1111 Northshore Drive Suite 600,    Knoxville, TN 37919-4005
3774290      +Lendmark Financial SVS,    450 Park Ave,    BLG A,    Paducah, KY 42001-0768
3774291      +Personal Finance,    252 Main Street,    Suite 2,    Russellville, KY 42276-1825
3774293      +Roadloans.com,    7711 Center Ave,    Suite 100,    Huntington Beach, CA 92647-3070
3774294      +Student Finance Corp,    1415 Foulk Rd,    Suite 102,    Wilmington, DE 19803-2748
3774295      +Thinkcash.com,    Att: Bankruptcy,    P.O. Box 101842,    Fort Worth, TX 76185-1842
3774296      +WASHMTL/PROV,    5040 Johnson Dr,    Pleasanton, CA 94588-3333
3774297       World Finance,    Sam Walton Way,    Russellville, KY 42276
```

The following entities were served by electronic transmission on Jan 07, 2009.
```
cr           +EDI: RECOVERYCORP.COM Jan 07 2009 17:18:00      Recovery Management Systems Corporation,
              25 SE 2nd Ave Ste 1120,    Miami, Fl 33131-1605
3774286      +EDI: RMSC.COM Jan 07 2009 17:18:00      GEMB/Dillards,    PO Box 981400,    El Paso, TX 79998-1400
3774288      +EDI: HFC.COM Jan 07 2009 17:18:00      HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
3784014       EDI: RECOVERYCORP.COM Jan 07 2009 17:18:00      Recovery Management Systems Corporation,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
3774292      +EDI: RMCB.COM Jan 07 2009 17:18:00      Retrieval Masters Creditors Bureau, Inc.,
              2269 S. Saw Mill River Rd, Bldg 3,    Elmsford, NY 10523-3848
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 09, 2009**                    **Signature:** *Joseph Speetjens*